CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
mark@potterhandy.com
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
Ph: (858) 375-7385
Fax: (888)422-5191

Michelle Uzeta, Esq., SBN 164402
michelleu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (858) 375-7385

*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP
MELISSA T. DAUGHERTY, SB# 227451
E-Mail: Melissa.Daugherty@lewisbrisbois.com
JONNA D. LOTHYAN, SB# 298650
E-Mail: Jonna.Lothyan@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Louis Silvia,**<br><br>  Plaintiff,<br><br>  v.<br><br>**Atria Senior Living, Inc.; Atria Management Company, LLC; Ventas, Inc.; Ventas Aoc Operating Holdings LLC**; and Does 1-10, Inclusive,<br><br>  Defendants. | Case No. 3:16-cv-00742-GPC-AGS<br><br>**Joint Notice of Settlement**<br><br>**Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)**<br><br>*[Proposed] Order filed concurrently herewith* |

Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)

TO THE COURT AND ALL INTERESTED PARTIES:

IT IS HEREBY STIPULATED by and between Plaintiff Louis Silvia and Defendants Atria Senior Living, Inc., Atria Management Company, LLC, Ventas, Inc. and Ventas Aoc Operating Holdings LLC, through their respective counsel of record, that the above-referenced action is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side agrees to bear its own attorneys' fees and costs.

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures manual for the United States District Court of the Southern District of California, all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 6, 2017                CENTER FOR DISABILITY ACCESS

                                    By:   /s/ Michelle Uzeta
                                          Michelle Uzeta
                                          Attorneys for Plaintiff

Dated: March 6, 2017                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By:   /s/ Melissa T. Daugherty
                                          Melissa T. Daugherty
                                          Attorneys for Defendants

2
Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)